UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LETECIA D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-1802-RLY-TAB |
| | ) | |
| AUTOMOTIVE COMPONENTS | ) | |
| HOLDINGS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON JANUARY 31, 2008, TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel January 31, 2008, for a telephonic status conference. Argument heard regarding Defendants' motion to compel [Docket No. 59.]  For the reasons more fully set forth during the conference, the Court made the following rulings:

1.  Defendants' motion is granted with respect to Plaintiff's records involving treatment from mental health providers.  Plaintiff's claim for emotional distress damages puts her mental condition at issue, and therefore these records must be produced.  Plaintiff shall sign medical releases within 20 days permitting Defendants to obtain these records directly from Plaintiff's mental health providers.

2.  Defendants' motion is denied in part with respect to employment records from Plaintiff's current employer.  Given the disputed relevance of these documents, and Plaintiff's legitimate concerns about dragging her current employer into this litigation, Defendants may not access these employment records directly from Plaintiff's current employer.  Instead, Plaintiff shall obtain the requested records from her employer and provide them to the Defendants within 20 days.  If Defendants believe that this production is incomplete or otherwise insufficient,

Defendants may request a telephonic status conference to revisit the need for obtaining these records directly from Plaintiff's employer, provided that Defendants first comply with the requirements of Local Rule 37.1.

3.   The remaining issue raised in Defendants' motion to compel remains under advisement pending the filing of Defendants' reply brief.

In addition to the foregoing rulings regarding Defendants' motion to compel, the Court also extends the liability discovery deadline to March 3, 2008, and the summary judgment deadline to April 3, 2008.

Finally, Defendants' counsel shall confer with the Defendants regarding Defendants' updated settlement position and promptly advise the Magistrate Judge of this position.

Dated: 02/05/2008

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

A. Richard Blaiklock
LEWIS & WAGNER
rblaiklock@lewiswagner.com

Stephanie Lynn Cassman
LEWIS & WAGNER
scassman@lewiswagner.com

Carmen N. Couden
FOLEY & LARDNER LLP
ccouden@foley.com

David J. B. Froiland
FOLEY & LARDNER LLP
dfroiland@foley.com

Denise K. LaRue
HASKIN LAUTER & LARUE
dlarue@hlllaw.com

Ericka McCaskill
BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP
emccaskill@bowse-law.com

Timothy S. Millman
BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP
tmillman@bowse-law.com

Hannesson Ignatius Murphy
BARNES & THORNBURG LLP
hmurphy@btlaw.com